**Order entered September 2, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00476-CR

**APOLONIO RODRIGUEZ III, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80716-2022**

### ORDER

Before the Court is the August 30, 2022 request of Official Court Reporter LaTresta Ginyard for a second extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed by September 29, 2022.

/s/     LANA MYERS
JUSTICE